1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

                    Plaintiff,

        v.

AMANDA FOXALL,

                    Defendant.

CASE NO. 2:22-cv-00327-TL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*, upon review of the record.

Before the Court is Plaintiff Ms. Myriam Zayas's proposed complaint. Dkt. No. 1. On March 18, 2022, the Clerk of the Court notified Ms. Zayas that her proposed complaint was deficient because: (1) She had not paid the filing fee or submitted an application for *in forma pauperis* ("IFP") status, one of which is required for the filing of a case (*see* Local Civil Rule 3(b)); and (2) she had not submitted a Civil Cover Sheet, as required (*see* Local Civil Rule 3(a)). Dkt. No. 3. The notice instructed Ms. Zayas that she had until April 18, 2022 to correct the deficiencies. *Id.* Ms. Zayas has neither filed an IFP application nor paid the $402.00 filing fee.

1        Accordingly, it is hereby ORDERED that, not later than **May 26, 2022,** Ms. Zayas shall

2   SHOW CAUSE in writing why her case should not be dismissed. In the alternative, Ms. Zayas may

3   submit an IFP application or pay the $402.00 filing fee before that date. Failure to timely respond

4   will result in the dismissal of this action without prejudice.

     Dated this 26th day of April 2022.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 2