UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>            Plaintiff(s),<br><br>    v.<br><br>AMANDA FOXALL,<br><br>            Defendant(s). | CASE NO. 2:22-cv-00327-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On April 26, 2022, the Court issued an Order to Show Cause (Dkt. No. 4) why Plaintiff Ms. Myriam Zayas's case should not be dismissed for failure to pay the filing fee.

(2) Ms. Zayas's time to respond or take appropriate corrective action expired on May 26, 2022. As of the date of this Order, Ms. Zayas has not paid the filing fee, submitted an

MINUTE ORDER - 1

application to proceed *in forma pauperis*, or otherwise responded to the Order to Show Cause.

(3) Accordingly, Ms. Zayas's case is DISMISSED without prejudice for failure to comply. The Clerk is DIRECTED to close the case.

Dated this 27th day of June 2022.

                                                Ravi Subramanian
                                                Clerk of the Court

                                                s/ Kadya Peter
                                                Deputy Clerk